**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| | § | |
| **IN RE:** | § | |
| **ETHICS INVESTIGATION OF** | § | **Miscellaneous Case No. 4:22-mc-01-O** |
| **ALLEGATIONS RAISED BY UDF** | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections, responses, and replies thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are **ADOPTED** as the **FINDINGS** and **CONCLUSIONS** of the Court.

Therefore, the Court **FINDS** no ethical violations by Respondents.

This is a final judgment.

**SO ORDERED** on this **9th day** of **May, 2023**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**